UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LATOYA MOBLEY,

       Plaintiff,                            Case No. 22-cv-11501
                                              Hon. Matthew F. Leitman

v.

TEAM WELLNESS CENTER,

       Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                                          s/Matthew F. Leitman
                                                          MATTHEW F. LEITMAN
                                                          UNITED STATES DISTRICT JUDGE

Dated:  August 24, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 24, 2022, by electronic means and/or ordinary mail.

                                                          s/Holly A. Ryan
                                                          Case Manager
                                                          (313) 234-5126